UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE COWELL,<br><br>          Plaintiff,<br><br>    v.<br><br>CMF PIP S2,<br><br>          Defendant. | Case No. 24-cv-07043-JSC<br><br>**ORDER OF DISMISSAL** |

On October 8, 2024, Petitioner, a California prisoner proceeding without an attorney, filed this petition for a writ of habeas corpus. On the same day, the Clerk notified Petitioner that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"). The Clerk mailed Petitioner the Court's IFP application along with the deficiency notice, as well as a stamped return envelope and instructions for completing the form. The notice informed him that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application within 28 days. No response has been received. As Petitioner has not paid the filing fee, or completed an IFP application, and he has not shown cause why not, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 4, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge